UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
October 17, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                        )<br>                Plaintiff,                  )<br>v.                                                  )<br>                                                        )<br>Kevin Wise,                                 )<br>                                                        )<br>                Defendant.             ) | Case No. 2:08-cr-483 GEB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Kevin Wise  Case 2:08-cr-483 GEB  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of _____

_X_   Unsecured bond in the amount of $50,000, co-signed by Mr. And Mrs. Ramos. (Mrs. Ramos's signature to be obtained by close of business on 10/20/08.)

___   Appearance Bond with 10% Deposit

___   Appearance Bond secured by Real Property

___   Corporate Surety Bail Bond

_X_   (Other) Probation conditions/supervision:

Issued at  Sacramento, CA  on 10/17/08         at  2:20 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge