```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KEVIN WISE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-0483 GEB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| KEVIN WISE, | ) | Date: November 21, 2008 |
| Defendant. | ) | Time: 9:00 a.m. |
|  | ) | Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kevin Wise, through their respective attorneys, that the status conference presently scheduled for November 21, 2008, may be continued to December 12, 2008, at 9:00 a.m.

Discovery is not yet complete and additional time is also needed to ascertain the status of related charges pending in the District Court of Nevada and in Nevada State Court in Washoe County, therefore, the parties agree that time under the Speedy Trial Act may be excluded through

///

1  December 12, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)
2  (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

6  Dated:  November 19, 2008            /s/ T. Zindel
                                        TIMOTHY ZINDEL
7                                       Assistant Federal Defender
                                        Attorney for KEVIN WISE

                                        McGREGOR SCOTT
                                        United States Attorney

11 Dated:  November 19, 2008            /s/ T. Zindel for W. Wong
                                        WILLIAM S. WONG
12                                      Assistant U.S. Attorney

**O R D E R**

The status conference is continued to December 12, 2008, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  November 20, 2008

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Stip & Order                            -2-