DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEVIN WISE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-0483 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| KEVIN WISE, | ) | |
| | ) | Date: January 9, 2009 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kevin Wise, through their respective attorneys, that the status conference presently scheduled for January 9, 2009, may be continued to February 6, 2009, at 9:00 a.m.

   The defense seeks additional time to determine how related charges will resolve in the District of Nevada; those charges mirror charges also pending in Nevada state court, the outcome of which may affect the case in this court.  Also defense investigation is ongoing.

///

1    The parties agree that time under the Speedy Trial Act may be
2 excluded through February 6, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A)
3 and (B)(iv) (Local Code T4).

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:   January 7, 2009            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for KEVIN WISE


                                    McGREGOR SCOTT
                                    United States Attorney


Dated:   January 7, 2009            /s/ T. Zindel for W. Wong
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney


### O R D E R

The status conference is continued to February 6, 2009, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   January 9, 2009

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

Stip & Order                        -2-