```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    KEVIN WISE
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    )  No. 2:08-CR-0483 GEB
                                 )
13           Plaintiff,          )  **STIPULATION AND ORDER**
                                 )  **CONTINUING STATUS CONFERENCE**
14      v.                       )  **AND EXCLUDING TIME**
                                 )
15  KEVIN WISE,                  )
                                 )  Date:  April 17, 2009
16           Defendant.          )  Time:  9:00 a.m.
                                 )  Judge: Garland E. Burrell, Jr.
17  _____)

18
```

19    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
20 of America, and defendant, Kevin Wise, through their respective
21 attorneys, that the status conference presently scheduled for April 17,
22 2009, may be continued to June 19, 2009, at 9:00 a.m.
23    The defense counsel is currently in a complex jury trial in the case
24 of <u>United States v. Caza, et al.</u>, CR-S-06-058 FCD, and is expected to
25 last approximately until the end of May. Also, defense investigation is
26 ongoing. To have time to complete these tasks, the parties agree that
27 ///
28

time under the Speedy Trial Act may be excluded from April 17, 2009, through June 19, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 15, 2009          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for KEVIN WISE


                               LAWRENCE G. BROWN
                               Acting United States Attorney

Dated: April 15, 2009          /s/ T. Zindel for W. Wong
                               WILLIAM S. WONG
                               Assistant U.S. Attorney

**O R D E R**

The status conference is continued to June 19, 2009, at 10:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time from April 17, 2009, through June 19, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: April 22, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge