```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEVIN WISE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>KEVIN WISE,  )<br>  )<br>          Defendant.  )<br>_____ ) | No. 2:08-CR-0483 GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  June 19, 2009<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kevin Wise, through their respective attorneys, that the status conference presently scheduled for June 19, 2009, may be continued to July 17, 2009, at 9:00 a.m.

The defense counsel is currently in a complex jury trial in the case of <u>United States v. Caza, et al.</u>, CR-S-06-058 FCD, and is expected to last approximately until the end of June. Also, defense investigation is ongoing. To have time to complete these tasks, the parties agree that

///

1  time under the Speedy Trial Act may be excluded from June 19, 2009,
2  through July 17, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
3  (Local Code T4).

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: June 12, 2009                /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for KEVIN WISE


                                    LAWRENCE G. BROWN
                                    Acting United States Attorney


Dated: June 12, 2009                /s/ T. Zindel for W. Wong
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney


**O R D E R**

The status conference is continued to July 17, 2009, at 10:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time from June 19, 2009, through July 17, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: June 16, 2009

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

Stip & Order                        -2-