DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEVIN WISE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                ) | No. 2:08-CR-0483 GEB |
| ) | |
| Plaintiff,            ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v.                ) | **AND EXCLUDING TIME** |
| ) | |
| KEVIN WISE,                ) | |
| ) | Date:  July 17, 2009 |
| Defendant.            ) | Time:  9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

  IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kevin Wise, through their respective attorneys, that the status conference presently scheduled for July 17, 2009, may be continued to September 18, 2009, at 9:00 a.m.

  Defense counsel recently completed a complex jury trial before Judge Damrell and has begun reviewing Mr. Wise's case to determine whether pretrial motions should be filed.  Charges related to those in this case were also filed against defendant in two other districts and the parties seek time to consider how resolution of those charges elsewhere may

affect resolution of the charges pending here.  To have time to complete these tasks, the parties agree that time under the Speedy Trial Act may be excluded through September 18, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

                                       Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

Dated:  July 16, 2009          /s/ T. Zindel
                                       TIMOTHY ZINDEL
                                       Assistant Federal Defender
                                       Attorney for KEVIN WISE

                                       LAWRENCE G. BROWN
                                       Acting United States Attorney

Dated:  July 16, 2009          /s/ T. Zindel for W. Wong
                                       WILLIAM S. WONG
                                       Assistant U.S. Attorney

# O R D E R

The status conference is continued to September 18, 2009, at 9:00 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through September 18, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated:  July 20, 2009

                                       GARLAND E. BURRELL, JR.
                                       United States District Judge