```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    KEVIN WISE
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-CR-0483 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| KEVIN WISE, | ) |
|  | ) Date: September 18, 2009 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Garland E. Burrell, Jr. |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kevin Wise, through their respective attorneys, that the status conference presently scheduled for September 18, 2009, may be continued to October 23, 2009, at 9:00 a.m.

Counsel for the parties seek additional time to consider the effect on the pending case of related charges that have been disposed of in Nevada state court (a conviction based on a plea) and in the District of Nevada (a dismissal in light of the state prosecution). The defense also seeks additional time to research pretrial motions. Accordingly, the

1  parties agree that time under the Speedy Trial Act may be excluded
2  through October 23, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
3  (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: September 17, 2009               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KEVIN WISE


                                        LAWRENCE G. BROWN
                                        Acting United States Attorney


Dated: September 17, 2009               /s/ T. Zindel for W. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney


**O R D E R**

    The status conference is continued to October 23, 2009, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through October 23, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated: September 18, 2009

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Stip & Order                      -2-