DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEVIN WISE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-0483 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| KEVIN WISE, | ) | |
| | ) | Date: October 23, 2009 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kevin Wise, through their respective attorneys, that the status conference presently scheduled for October 23, 2009, may be continued to December 4, 2009, at 9:00 a.m.

   Counsel for the parties seek additional time to consider the effect on the pending case of related charges that have been disposed of in Nevada state court (a conviction based on a plea) and in the District of Nevada (a dismissal in light of the state prosecution).  The government is also going to be providing discovery. The defense seeks additional

time to research pretrial motions. Accordingly, the parties agree that time under the Speedy Trial Act may be excluded through December 4, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: October 22, 2009                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KEVIN WISE


                                        LAWRENCE G. BROWN
                                        Acting United States Attorney


Dated: October 22, 2009                 /s/ T. Zindel for W. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to December 4, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through December 4, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: October 28, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge