1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   KEVIN WISE

7

8

9                     IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,          )  No. 2:08-CR-0483 GEB
                                       )
14                  Plaintiff,         )  **STIPULATION AND ORDER**
                                       )  **CONTINUING STATUS CONFERENCE**
15          v.                         )  **AND EXCLUDING TIME**
                                       )
16  KEVIN WISE,                        )
                                       )  Date:  December 4, 2009
17                  Defendant.         )  Time:  9:00 a.m.
                                       )  Judge: Garland E. Burrell, Jr.
18  _____    )

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of  America,  and  defendant,  Kevin  Wise,  through  their  respective

22  attorneys, that the status conference presently scheduled for December 4,

23  2009, may be continued to January 29, 2010, at 9:00 a.m.

24       Counsel for the parties seek additional time to consider the effect

25  on the pending case of related charges that have been disposed of in

26  Nevada state court (a conviction based on a plea) and in the District of

27  Nevada (a dismissal in light of the state prosecution).  The government

28  is also going to be providing discovery. The defense seeks additional

1  time to research pretrial motions.  Accordingly, the parties agree that

2  time under the Speedy Trial Act may be excluded through January 29, 2010,

3  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

4                                    Respectfully submitted,

5                                    DANIEL J. BRODERICK
                                     Federal Defender

6

7  Dated:  December 1, 2009          /s/ T. Zindel
                                     TIMOTHY ZINDEL
8                                    Assistant Federal Defender
                                     Attorney for KEVIN WISE

9

10                                   BENJAMIN WAGNER
                                     United States Attorney

11

12 Dated:  December 1,2009           /s/ T. Zindel for W. Wong
                                     WILLIAM S. WONG
13                                   Assistant U.S. Attorney

14

15                          **O R D E R**

16

17      The status conference is continued to January 29, 2010, at 9:00 a.m.

18 For the reasons set forth above, the court finds that the ends of justice

19 to be served by a continuance outweigh the best interests of the public

20 and the defendant in a speedy trial and therefore excludes time through

21 January 29, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

22      IT IS SO ORDERED.

23 Dated:  December 2, 2009

24

25 _____
                                     GARLAND E. BURRELL, JR.
26                                   United States District Judge

27

   Dated:  December __, 2009         _____
28                                   HON. GARLAND E. BURRELL, JR.
                                     United States District Judge

Stip & Order                         -2-