DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEVIN WISE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-0483 GEB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| KEVIN WISE, | ) | |
| | ) | Date: January 29, 2010 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kevin Wise, through their respective attorneys, that the status conference presently scheduled for January 29, 2010, may be continued to March 12, 2010, at 9:00 a.m.

Counsel for the parties seek additional time to consider the effect on the pending case of related charges that have been disposed of in Nevada state court (a conviction based on a plea) and in the District of Nevada (a dismissal in light of the state prosecution). The government is also going to be providing discovery. The defense seeks additional

1  time to research pretrial motions.  Accordingly, the parties agree that
2  time under the Speedy Trial Act may be excluded through March 12, 2010,
3  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  January 26, 2010          /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for KEVIN WISE


                                  BENJAMIN WAGNER
                                  United States Attorney

Dated:  January 26, 2010          /s/ T. Zindel for W. Wong
                                  WILLIAM S. WONG
                                  Assistant U.S. Attorney


**O R D E R**

The status conference is continued to March 12, 2010, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through March 12, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  January 27, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                      -2-