```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    KEVIN WISE
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        )  No. 2:08-CR-0483 GEB
                                     )
14             Plaintiff,            )  STIPULATION AND ORDER
                                     )  CONTINUING STATUS CONFERENCE
15        v.                         )  AND EXCLUDING TIME
                                     )
16  KEVIN WISE,                      )
                                     )  Date:  March 12, 2010
17             Defendant.            )  Time:  9:00 a.m.
                                     )  Judge: Garland E. Burrell, Jr.
18  _____  )

19
```

20  IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21  of America, and defendant, Kevin Wise, through their respective
22  attorneys, that the status conference presently scheduled for March 12,
23  2010, may be continued to April 30, 2010, at 9:00 a.m.

24  Counsel for the parties seek additional time to consider the effect
25  on the pending case of related charges that have been disposed of in
26  Nevada state court (a conviction based on a plea) and in the District of
27  Nevada (a dismissal in light of the state prosecution).  The government
28  has also vowed to provide discovery.  The defense seeks additional time

1  to research pretrial motions.  Accordingly, the parties agree that time
2  under the Speedy Trial Act may be excluded through April 30, 2010,
3  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  March 9, 2010                   /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KEVIN WISE


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:  March 9, 2010                   /s/ T. Zindel for W. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney


**O R D E R**

   The status conference is continued to April 30, 2010, at 9:00 a.m.
For the reasons set forth above, the court finds that the ends of justice
to be served by a continuance outweigh the best interests of the public
and the defendant in a speedy trial and therefore excludes time through
April 30, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
   IT IS SO ORDERED.

Dated:  March 15, 2010

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge