DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KEVIN WISE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-0483 GEB |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) ) | **AND EXCLUDING TIME** |
| KEVIN WISE, | ) ) | Date: April 30, 2010 |
| Defendant. | ) ) | Time: 9:00 a.m. Judge: Garland E. Burrell, Jr. |
| _____ | ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kevin Wise, through their respective attorneys, that the status conference presently scheduled for April 30, 2010, may be continued to June 18, 2010, at 9:00 a.m.

    Counsel for the defense awaits discovery in the case and the parties have yet to determine how the pending case should resolve in light of dismissal of related charges in both state and federal courts in Nevada. Having yet to receive discovery, the defense seeks additional time to research pretrial motions. Accordingly, the parties agree that time

under the Speedy Trial Act may be excluded through June 18, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  April 27, 2010                  /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KEVIN WISE


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  April 27, 2010                  /s/ T. Zindel for W. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to June 18, 2010, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through June 18, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  May 6, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge