DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEVIN WISE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-CR-0483 GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| KEVIN WISE, ) | |
| ) | Date: June 18, 2010 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kevin Wise, through their respective attorneys, that the status conference presently scheduled for June 18, 2010, may be continued to August 6, 2010, at 9:00 a.m.

Counsel for the defense awaits discovery in the case and the parties have yet to determine how the pending case should resolve in light of dismissal of related charges in both state and federal courts in Nevada. Having yet to receive discovery, the defense seeks additional time to research pretrial motions. Accordingly, the parties agree that time

1  under the Speedy Trial Act may be excluded through August 6, 2010,
2  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender
5

6  Dated:  June 15, 2010                   /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for KEVIN WISE
8

9                                          BENJAMIN B. WAGNER
                                           United States Attorney
10

11 Dated:  June 15, 2010                   /s/ T. Zindel for W. Wong
                                           WILLIAM S. WONG
12                                         Assistant U.S. Attorney

13

14                              **O R D E R**

15

16     The status conference is continued to August 6, 2010, at 9:00 a.m.
17 For the reasons set forth above, the court finds that the ends of justice
18 to be served by a continuance outweigh the best interests of the public
19 and the defendant in a speedy trial and therefore excludes time through
20 August 6, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
21     IT IS SO ORDERED.

22 Dated:  June 17, 2010

23
24                                         _____
                                           GARLAND E. BURRELL, JR.
25                                         United States District Judge
26
27
28

Stip & Order                       -2-