```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   KEVIN WISE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-0483 GEB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| KEVIN WISE, | ) | Date: August 6, 2010 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kevin Wise, through their respective attorneys, that the status conference presently scheduled for August 6, 2010, may be continued to September 17, 2010, at 9:00 a.m.

Counsel for the defense awaits discovery in the case and the parties have yet to determine how the pending case should resolve in light of dismissal of related charges in both state and federal courts in Nevada. Having yet to receive discovery, the defense seeks additional time to research pretrial motions.  Accordingly, the parties agree that time

1  under the Speedy Trial Act may be excluded through September 17, 2010,
2  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender
5

6  Dated: August 2, 2010                   /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for KEVIN WISE
8

9                                          BENJAMIN B. WAGNER
                                           United States Attorney
10

11 Dated: August 2, 2010                   /s/ T. Zindel for W. Wong
                                           WILLIAM S. WONG
12                                         Assistant U.S. Attorney

13

14                              **O R D E R**

15

16     The status conference is continued to September 17, 2010, at 9:00
17 a.m.  For the reasons set forth above, the court finds that the ends of
18 justice to be served by a continuance outweigh the best interests of the
19 public and the defendant in a speedy trial and therefore excludes time
20 through September 17, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
21 (B)(iv).

22     IT IS SO ORDERED.

23 Dated: August 2, 2010

24
25                                         _____
                                           GARLAND E. BURRELL, JR.
26                                         United States District Judge

27

28

Stip & Order                          -2-