1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   KEVIN WISE
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. 2:08-CR-0483 GEB
                                  )
14             Plaintiff,         ) **STIPULATION AND ORDER**
                                  ) **CONTINUING STATUS CONFERENCE**
15      v.                        ) **AND EXCLUDING TIME**
                                  )
16 KEVIN WISE,                    )
                                  ) Date:  October 22, 2010
17             Defendant.         ) Time:  9:00 a.m.
                                  ) Judge: Garland E. Burrell, Jr.
18 _____)

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Kevin Wise, through their respective
22 attorneys, that the status conference presently scheduled for October 22,
23 2010, may be continued to December 17, 2010, at 9:00 a.m.
24      Counsel for the defense awaits discovery in the case and the parties
25 have yet to determine how the pending case should resolve in light of
26 dismissal of related charges in both state and federal courts in Nevada.
27 Having yet to receive discovery, the defense seeks additional time to
28 research pretrial motions.  Accordingly, the parties agree that time

1  under the Speedy Trial Act may be excluded through December 17, 2010,
2  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  October 20, 2010                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KEVIN WISE


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:  October 20, 2010                /s/ T. Zindel for W. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney


# O R D E R

The status conference is continued to December 17, 2010, at 9:00 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through December 17, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

   IT IS SO ORDERED.

Dated:  October 20, 2010

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge