```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    KEVIN WISE
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-CR-0483 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| KEVIN WISE, | ) |
|  | ) Date: December 17, 2010 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Garland E. Burrell, Jr. |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kevin Wise, through their respective attorneys, that the status conference presently scheduled for December 17, 2010, may be continued to January 21, 2011, at 9:00 a.m.

   Counsel for the defense awaits discovery in the case and the parties have yet to determine how the pending case should resolve in light of dismissal of related charges in both state and federal courts in Nevada. Having yet to receive discovery, the defense seeks additional time to research pretrial motions. Accordingly, the parties agree that time

1 under the Speedy Trial Act may be excluded through January 21, 2011,
2 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  December 15, 2010               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KEVIN WISE


                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:  December 15, 2010               /s/ T. Zindel for W. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney


**O R D E R**

   The status conference is continued to January 21, 2011, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through January 21, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

   IT IS SO ORDERED.

Dated:  December 16, 2010

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Stip & Order                            -2-