DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEVIN WISE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-CR-0483 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| KEVIN WISE, | ) |
| | ) Date: January 21, 2011 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kevin Wise, through their respective attorneys, that the status conference presently scheduled for January 21, 2011, may be continued to March 11, 2011, at 9:00 a.m.

Counsel for the defense awaits discovery in the case and the parties have yet to determine how the pending case should resolve in light of dismissal of related charges in both state and federal courts in Nevada. Having yet to receive discovery, the defense seeks additional time to research pretrial motions. Accordingly, the parties agree that time

1  under the Speedy Trial Act may be excluded through March 11, 2011,
2  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3                                         Respectfully submitted,

4                                         DANIEL J. BRODERICK
                                          Federal Defender
5

6  Dated:  January 19, 2011               /s/ T. Zindel
                                          TIMOTHY ZINDEL
7                                         Assistant Federal Defender
                                          Attorney for KEVIN WISE
8

9                                         BENJAMIN B. WAGNER
                                          United States Attorney
10

11 Dated:  January 19, 2011               /s/ T. Zindel for W. Wong
                                          WILLIAM S. WONG
12                                        Assistant U.S. Attorney

13

14                            **O R D E R**

15

16      The status conference is continued to March 11, 2011, at 9:00 a.m.
17 For the reasons set forth above, the court finds that the ends of justice
18 to be served by a continuance outweigh the best interests of the public
19 and the defendant in a speedy trial and therefore excludes time through
20 March 11, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
21      IT IS SO ORDERED.
22 Dated:  January 19, 2011

23

24                              _____
                                GARLAND E. BURRELL, JR.
25                              United States District Judge

26

27

28