1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   KEVIN WISE
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        ) No. 2:08-CR-0483 KJM
                                    )
14            Plaintiff,            ) **STIPULATION AND ORDER**
                                    ) **CONTINUING STATUS CONFERENCE**
15      v.                          ) **AND EXCLUDING TIME**
                                    )
16 KEVIN WISE,                      )
                                    ) Date:  March 31, 2011
17            Defendant.            ) Time:  10:00 a.m.
                                    ) Judge: Kimberly J. Mueller
18 _____  )

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Kevin Wise, through their respective
22 attorneys, that the status conference presently scheduled for March 31,
23 2011, may be continued to May 5, 2011, at 10:00 a.m.
24      The government provided discovery to defense counsel following the
25 last status conference, but counsel needs additional time to review the
26 discovery with Mr. Wise and determine whether there are pretrial motions
27 to file or further investigation to do.  Accordingly, the parties agree
28 that the status conference may be continued to May 5, 2011, and that

under the Speedy Trial Act may be excluded through May 5, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: March 30, 2011         /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for KEVIN WISE

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: March 30, 2011         /s/ T. Zindel for W. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney

# O R D E R

The status conference set for March 31, 2011 is vacated and reset for May 5, 2011, at 10:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through May 5, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: March 30, 2011.

                                        UNITED STATES DISTRICT JUDGE