```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KEVIN WISE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-0483 KJM |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| KEVIN WISE, | ) | Date: May 5, 2011 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Kimberly J. Mueller |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kevin Wise, through their respective attorneys, that the status conference presently scheduled for May 5, 2011, may be continued to July 14, 2011, at 10:00 a.m.

We received discovery after the last status conference, but I have yet to fully review the discovery with Mr. Wise. Without review of the material in full, a status conference on May 5, 2011 would not be productive. Counsel expects to meet with Mr. Wise this week and we will determine over the next 4 - 6 weeks how to proceed.  Counsel will also

spend that time discussing a potential resolution with the government to consider whether a motion to suppress is appropriate. Accordingly, the parties agree that time under the Speedy Trial Act should be excluded through July 14, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated:  May 3, 2011                /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for KEVIN WISE

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated:  May 3, 2011                /s/ T. Zindel for W. Wong
                                      WILLIAM S. WONG
                                      Assistant U.S. Attorney

**O R D E R**

The status conference set for May 5, 2011 is continued to July 14, 2011, at 10:00 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through July 14, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated: May 3, 2011.

                                                  UNITED STATES DISTRICT JUDGE