```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KEVIN WISE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-0483 KJM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| KEVIN WISE, | ) | |
| | ) | Date:  July 14, 2011 |
| Defendant. | ) | Time:  10:00 a.m. |
| | ) | Judge: Kimberly J. Mueller |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kevin Wise, through their respective attorneys, that the status conference presently scheduled for July 14, 2011, may be continued to September 1, 2011, at 10:00 a.m.

We received discovery, but I have yet to fully review the discovery with Mr. Wise.  Also, counsel will be on vacation during most of July and thereafter expects to meet with Mr. Wise to determine how to proceed. Counsel will also spend that time discussing a potential resolution with the government to consider whether a motion to suppress is appropriate.

Accordingly, the parties agree that time under the Speedy Trial Act should be excluded through September 1, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  June 28, 2011          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for KEVIN WISE


                               BENJAMIN B. WAGNER
                               United States Attorney

Dated:  June 28, 2011          /s/ T. Zindel for W. Wong
                               WILLIAM S. WONG
                               Assistant U.S. Attorney

**O R D E R**

The status conference set for July 14, 2011 is continued to **August 4, 2011,** at 10:00 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through August 4, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  June 30, 2011.

UNITED STATES DISTRICT JUDGE