```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700
```

Attorney for Defendant
KEVIN WISE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-00483 KJM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| KEVIN WISE, | ) | Date: August 4, 2011 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Kimberly J. Mueller |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kevin Wise, through their respective attorneys, that the status conference presently scheduled for August 4, 2011, may be continued to August 25, 2011, at 10:00 a.m.

The parties previously requested a status date of September 1 with an exclusion of time to afford additional preparation time. The Court instead set a status conference for August 4, 2011. Counsel for Mr. Wise has been scheduled for several weeks to appear in District Court in Juneau, Alaska on August 4 for a change of plea in a case involving a

1  mentally-handicapped Sacramento man.  The Alaska appearance was difficult
2  to schedule because the District Judge, who keeps chambers in Anchorage,
3  travels to Juneau irregularly; both the defendant and defense counsel
4  must also travel and their travel arrangements have been made.

5     Mr. Wise's case is not yet ready to be scheduled for plea or trial.
6  The defense is completing research concerning the application of various
7  guideline provisions and sentencing statutes to the case.  Mr. Wise was
8  prosecuted in state and federal court in Nevada for the same series of
9  events relating to firearms possession.  The U.S. Attorney dismissed the
10 federal charges pending in Reno.  The court in Washoe County placed Mr.
11 Wise on probation and Mr. Wise has now successfully completed that
12 sentence.  Defense counsel's research concerns how these other
13 prosecutions may affect the prosecution and the sentence (if there will
14 be one) in this district.  The research is not yet complete and has yet
15 to be reviewed with Mr. Wise.  Mr. Wise is out of custody and employed.
16 /////
17 /////
18 /////
19 /////
20 /////
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

So that the defense may complete its research and consult with Mr. Wise, the parties agree, for the above reasons, that the ends of justice to be served by the granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial, and that time under the Speedy Trial Act should be excluded through August 25, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  July 28, 2011          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for KEVIN WISE


                               BENJAMIN B. WAGNER
                               United States Attorney

Dated:  July 28, 2011          /s/ T. Zindel for W. Wong
                               WILLIAM S. WONG
                               Assistant U.S. Attorney

# **O R D E R**

The status conference is continued from August 4, 2011 to August 25, 2011, at 10:00 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through August 25, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  August 1, 2011.

_____
UNITED STATES DISTRICT JUDGE

-3-