```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    KEVIN WISE
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    ) No. 2:08-CR-00483 KJM
                                 )
14              Plaintiff,       ) STIPULATION AND ORDER
                                 ) CONTINUING STATUS CONFERENCE
15       v.                      ) AND EXCLUDING TIME
                                 )
16  KEVIN WISE,                  )
                                 ) Date: August 25, 2011
17              Defendant.       ) Time: 10:00 a.m.
                                 ) Judge: Kimberly J. Mueller
18  _____)
```

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Kevin Wise, through their respective
22 attorneys, that the status conference presently scheduled for August 25,
23 2011, may be continued to November 3, 2011, at 10:00 a.m.
24      First, counsel for defendant is in the middle of an evidentiary
25 hearing before the Honorable Frank C. Damrell in *USA v. Scanio* and have
26 been ordered to return tomorrow at 10:00 a.m. Secondly, I recently
27 reviewed with defendant the result of our research and I need to give him
28 time to think and I will need additional time to speak with the

government. However, I will be gone on family medical leave from September 12, 2011 for 5 weeks and will not be available to complete that task until I return, so we exclude time to afford continuity of counsel, as well as to give defendant and the government time to complete their research and negotiations.

The parties agree, for the above reasons, that the ends of justice to be served by the granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial, and that time under the Speedy Trial Act should be excluded through November 3, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 24, 2011      /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for KEVIN WISE


                            BENJAMIN B. WAGNER
                            United States Attorney

Dated: August 24, 2011      /s/ T. Zindel for W. Wong
                            WILLIAM S. WONG
                            Assistant U.S. Attorney

**O R D E R**

The status conference set for August 25, 2011 is continued to November 3, 2011, at 10:00 a.m.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through November 3, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: August 24, 2011.

_____
UNITED STATES DISTRICT JUDGE