DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEVIN WISE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-0483 KJM |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| KEVIN WISE, | |
| Defendant. | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Kevin Wise, through their respective attorneys, that the conditions of pretrial release ordered on October 17, 2008, may be modified to include the following special condition:

   Defendant shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

/////

1  Mr. Wise requests this modification so that he may participate in
2  counseling while on release – there has been no violation of release.
3  Pretrial Services will refer Mr. Wise to one of its treatment providers
4  once the Court adopts the stipulation.  Mr. Wise's supervising officer,
5  Renee Basurto, concurs in this request.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  March 12, 2012          /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for KEVIN WISE


                                BENJAMIN B. WAGNER
                                United States Attorney


Dated:  March 12, 2012          /s/ T. Zindel for W. Wong
                                WILLIAM S. WONG
                                Assistant U.S. Attorney


**O R D E R**

The conditions of pretrial release are modified as set forth above.

IT IS SO ORDERED.

Dated:  March 13, 2012          _____
                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE

Stip & Order                    -2-